# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand and fourteen.

Before:    Ralph K. Winter,
                  *Circuit Judge*.

_____

The Wingates, LLC, Matrix Realty Group, Inc.,
    Plaintiffs-Appellants,

                                        **ORDER**
v.                                         Docket No. 14-2119

Commonwealth Insurance Company of America,
    Defendant-Appellee.

_____

    Appellants move to extend, through October 30, 2014, the time in which to file a brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.  However, the appeal is dismissed effective October 30, 2014 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                                       For the Court:
                                                                       Catherine O'Hagan Wolfe,
                                                                       Clerk of Court

